No. 87–213. KINCHELOE v. HAYES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 86–1712. TRANSAMERICAN NATURAL GAS CORP. v. UNITED STATES DEPARTMENT OF THE INTERIOR ET AL. Temp. Emerg. Ct. App. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied. 

No. 86–1719. EXECUTIVE COMMITTEE MEMBERS ET AL. v. UNION OF INDIA ET AL.; and
No. 86–1860. UNION OF INDIA v. UNION CARBIDE CORP. ET AL. C. A. 2d Cir. Motion of National Council of Churches of Christ in the U. S. A. for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 86–1733. FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON, D. C. v. DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition. 

No. 86–1767. WALTON ET UX. v. CALIFORNIA. App. Dept., Super. Ct. Cal., San Diego County. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment.

No. 86–1870. CRONSON, AUDITOR GENERAL OF ILLINOIS v. CLARK, CHIEF JUSTICE, SUPREME COURT OF ILLINOIS, ET AL. C. A. 7th Cir. Motion of petitioner to consider this case with No. 86–1773, *Cronson, Auditor General of Illinois* v. *Madden, Acting Director, Administrative Office of the Illinois Courts*, granted. Certiorari denied. 

No. 86–1981. SUN SHIP, INC. v. CALIFORNIA & HAWAIIAN SUGAR CO. ET AL. C. A. 9th Cir. Motion of respondent California & Hawaiian Sugar Co. for damages denied. Certiorari denied. 